AO83   (Rev. 08/2010)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

**SUMMONS IN A CRIMINAL CASE**

**UNITED STATES OF AMERICA**
v.                                                                    Case. No.  3:25-CR-146 (JAG)
**KIA A. PLAYER**
*(please see additional page for personal identifiers)*

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

PLACE: **UNITED STATES DISTRICT COURT**
**701 EAST BROAD STREET**
**RICHMOND, VIRGINIA 23219**

COURTROOM: **5300**

DATE & TIME:
**November 13, 2025, at 2:00 p.m**.

Before: The Honorable Judge Mark R. Colombell

To answer a(n):

☐ Indictment    ☐ Superseding Indictment    ☒ Criminal Information    ☐ Complaint
☐ Order of Court    ☐ Sealed Order of Court
☐ Petition on Supervised Release    ☐ Petition on Probation
☐ Violation of Pretrial Release    ☐ Violation Notice

Charging you with a violation of: *See attached*.
Brief description of offense: *See attached.*

**YOU ARE ALSO SUMMONED TO APPEAR** for a Plea Hearing before the Honorable Senior District Judge John A. Gibney on November 13, 2025, at 2:30 p.m. in Courtroom No. 6000.

<u>UPON RECEIPT OF THIS SUMMONS, YOU ARE REQUIRED TO CONTACT:
UNITED STATES PRETRIAL SERVICES
Suite 1150
701 East Broad Street
Richmond, Virginia 23219
(804) 916-2800</u>

**FILE COPY**                                                                    10/21/2025
Signature of Issuing Officer                                              Date

K. Sadowski, Deputy Clerk
Name and Title of Issuing Officer