AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:25-cr-146-JAG |
| Kia A. Player | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kia A. Player                                                                                      .

Date:    10/23/2025                                                /s/
                                                              *Attorney's signature*

                                                Michael C. Moore, VSB No. 34229
                                                *Printed name and bar number*

                                                William J. Dinkin, PLC
                                                101 Shockoe Slip, Suite I
                                                Richmond, VA 23219
                                                *Address*

                                                mike.moore@dinkinlaw.com
                                                *E-mail address*

                                                (804) 658-5384
                                                *Telephone number*

                                                (804) 207-4638
                                                *FAX number*