The Honorable John A. Gibney, Jr.
United State District Court for the Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

February 12, 2026

Dear Judge Gibney,

My name is Gerri Archer, and I am writing in support of Kia Player's character. I have known Ms. Player since 2008, and we have worked together in the community mental health field in some capacity since that time. In 2018, we became business partners and in 2022 operated a housing program that served hundreds of vulnerable individuals in our community.

Throughout the many years I have known Kia, she has consistently demonstrated compassion, integrity, and an unwavering commitment to helping others. Our agency served underserved populations, including the elderly, families with children, and individuals with special needs. As the clinician completing mental health intakes, I worked closely with clients within our agency. They *routinely* spoke highly of her kindness and support. She often would drive clients to appointments, waited to ensure they felt safe, and took them home afterward, not because it was required, but because they trusted her.

I personally witnessed Kia go above and beyond on several occasions over the years. I have seen her literally give someone the shoes off her feet, transport a client to an emergency prenatal appointment after hours, prepare meals for those who were hungry, and set aside her own responsibilities to care for others. She helped individuals who struggled with homelessness and mental illness regain stability, housing, and employment — even earning gratitude from family members who felt hope had been lost.

In another instance, a young mother with four children secured housing but had no furniture. Kia moved furniture from her *own* home to ensure the family had beds and a table, giving them hope & a foundation to start their new life after fleeing an unsafe domestic situation.

Even after our partnership ended in 2024, former clients continue to ask for her and express appreciation for the impact she made. Despite the stress and strain of operating a 24-hour shelter, Kia *consistently* treated every individual with dignity and respect. In nearly two decades, I have only known her to be kind, patient, honest and selfless.

Kia has been a positive influence on both our clients and on me personally. Her dedication to service and longstanding reputation as a caring professional reflect the true character I have come to know, trust and support.

Thank you for considering my perspective. I respectfully submit this letter to help the Court understand the Kia Player I have known for almost 20 years — compassionate, dependable, and deeply committed to her community.

Respectfully submitted,

Gerri Archer, Licensed Clinical Social Worker
211 E Main Street Richmond, VA 23219 C: 804-869-6713

**Dawn Archer**
PO Box 5442
Midlothian, Va 23112
262-297-9328

**February 12, 2026**

The Honorable John A. Gibney, Jr.
United States District Court for the Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

Re: Kia Player

Dear Judge Gibney,

I am writing in regard to Kia Player. I have known Kia for several years through both family connection and professional experience. I worked as an administrator for the homeless shelter she co-operated, where I had the opportunity to observe her leadership and commitment to serving vulnerable populations in our community.

During my time working with Kia, I witnessed firsthand the dedication she brought to operating the inclement weather shelter and supporting women and children experiencing homelessness. The shelter provided critical services during harsh weather conditions, offering safety, warmth, and stability to individuals who otherwise would have had nowhere to go. Many families relied on those services, and the impact on the community was meaningful.

Kia consistently demonstrated compassion toward the women and children served by the shelter. She was especially attentive to ensuring that families felt respected and cared for during difficult circumstances. I observed her working long hours and advocating for resources to meet the needs of residents.

While I understand that she is now facing serious legal consequences, I can speak to the positive work I witnessed during my time involved with the organization and to the genuine care she showed toward the population it served.

Thank you for taking the time to consider my perspective.

Respectfully,

**Dawn Archer**
Dawn Archer

The Honorable John A. Gibney, Jr.
United State District Court for the Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

Dear Judge Gibney,

My name is James Braxton and I am writing this letter in reference to Ms Kia Player and my professional engagement with her during my employment at RVA Sisters Keeper in the winter 2023. As one of the center Program Managers I worked with Kia and staff to provide a safe and warm environment for those in need of shelter during the harsh winter months. During this time, I have personally witnessed Ms Player display genuine care and concern for the staff and shelter occupants as they were experiencing a crisis. When challenges would occur onsite Ms. Player was responsive to my requests and ensured we had the things we needed to continue providing the best services we could at the shelter for individuals in need.

Best regards,

James E Braxton II
1903 E Marshall St. Richmond, VA 23224
804.759.2665

**Melissa M. Ashby**
3604 Cedar Commons Rd
Richmond, VA, 23223
(804) 300- 6465

ashbyrands@gmail.com

**Date:** January 31, 2026

**The Honorable John A. Gibney, Jr.**
United States District Court for the Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Re: Kia Player**

Dear Judge Gibney,

I am writing to provide a character reference for Kia Player, whom I have known professionally since early 2024 through my work with her in the behavioral health field.

During the time I have known Kia, I have observed her to be a dedicated, responsible, and compassionate individual who is deeply committed to serving others. She consistently prioritizes ethical standards, accountability, and high-quality care for the individuals and families she supports. In her professional role, she works diligently to ensure that people are treated with dignity, respect, and understanding.

Kia has made meaningful contributions to her workplace and community by fostering a positive, supportive environment focused on growth and collaboration. She regularly invests time in mentoring and encouraging staff, promoting professional development, and strengthening teamwork. Her efforts have helped create a culture where individuals feel valued and motivated to do their best work.

In her relationships with colleagues and community members, Kia demonstrates patience, empathy, and reliability. I have personally seen her take time to listen to others, offer guidance during difficult moments, and provide consistent support when it is needed. She often goes out of her way to assist coworkers who are facing personal or professional challenges, and her presence brings stability and reassurance to those around her.

What stands out most to me is Kia's genuine concern for others' well-being. She intentionally meets people where they are, encourages personal growth, and promotes

fairness and understanding. Whether working directly with clients or supporting her team, she remains focused on making a positive and lasting difference.

Throughout my professional relationship with Kia, I have observed her approach challenges with thoughtfulness and a sincere desire to improve. She reflects on her experiences, seeks feedback, and applies what she learns to strengthen her leadership and personal conduct. This commitment to growth and responsibility is consistently reflected in her work and interactions.

Based on my firsthand experiences, I believe Kia is a caring, dependable, and conscientious individual who makes a meaningful contribution to her workplace and community. She strives to lead with integrity, empathy, and respect, and she remains committed to serving others with honesty and dedication.

Thank you for taking the time to consider this letter.

Sincerely,

Melissa M. Ashby

Dear Judge Gibney

I am writing this letter as a personal character reference for **Kia Player**, whom I have known since the COVID-19 pandemic in 2020. I met Kia through her mother, and during that time she learned that I was living in Richmond without any family nearby. From that moment forward, she made it clear that I was not alone and quickly welcomed me as part of her family.

Kia brought warmth and humor into my life, often referring to our time together—especially outings with her mother—as the "Old Lady Gang Adventures." While lighthearted, these moments reflected Kia's caring spirit and her ability to make others feel valued and supported.

When my mother passed away in April 2022, Kia did not hesitate to check on me regularly to ensure that I was coping and not facing that loss alone. Her compassion, consistency, and genuine concern during one of the most difficult times of my life speaks strongly to her character.

Kia is a kind, loyal, and thoughtful individual who shows up for others when it matters most. I respectfully ask that you consider this letter as a sincere reflection of her character.

Sincerely

Roslyn Anderson

5838 Willow Oaks Drive

Richmond Virginia 23225
Date February 04 2026
804-644-8685

EXHIBIT A _006


## (no subject)

Dear Judge Gibney. My name is ibn fludd I'm writing this to let you know how much kia player was apart of my life. When I met her I was bound for jail or death. The days she went out her way to make sure I had somewhere to sleep and something to eat . For years she did her best. She made sure I seen help for my mental illness n also help me keep a roof over my head. It was a time I didn't want to live after losing my son but her love n patients with me keep me going. When we first met I was ready to give up but she changed that. At a point when I was homeless she made it her business to feed me n make sure I was safe. I know bad people I'm one of them. But Ms kia player not one of them. I can and will truly testify for her n the goodness I see in her. I'm writing this for me from my heart. I can honestly say she saved my life.

2-10-2026

To Whom It May Concern,

My name is Angela Hicks And I Am writing to you About someone who may not Be important to you But to me she is very important. Her name is Kia. I meant Kia After I had my stroke in 2062, The exact date I can't Remember. She Became my counselor who helped me though my hard times. She took time out for me. Over the years once that was done she still showed up whenever I called And she came. No questions Asked or never looked for anything from me. Sometimes I would just call to have someone to vent to And she was there. She never complained About gas money or nothing, If I wanted to eat out she did it for me. Some times just take me for A Ride. Kia is a person who cares About others. She is not selfish just to

see what she can get out of it. She next sure you are happy. Over the years I have meet her family and I have seen the hurt in her eyes when she lost her father. But that didn't stop her. Those who are maybe in the same situation as I was and still is disable she is the type of person you would love to have in your corner. So who ever is taking the time to read this don't judge the book by its cover until you really know whats inside. Thank-You for your time.

Thank-You

Angela Hicks
1704 Mechanicsville
Turnpike
Richmond, VA
23223

804-533-9310
cell

The Honorable John A. Gibney, Jr.
United State District Court for the Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

February 7, 2026

Dear Judge Gibney,

My name is Rachelle Jenkins, and I met Ms. Kia A. Player in 2011. I was introduced to her through a friend that knew my situation, at the time I was homeless and struggling trying to find my way. I called her and we met up at Rite Aid the same day because I didn't have an address. When I saw her, she had a beautiful smile, and she said "Rachelle", and she introduced herself. She listened to me share about my current experiences, and what shocked me the most was she was actually listening, and talking with me, not at me. It was like she had a caring, calm spirit about her, and that she genuinely cared about what I was going through.

At the time my son was young, in Pre-K I believe. After she heard my story, she gave us a place to stay at no charge. That night I was no longer homeless, me and my son were safe, fed with a plan of action of what's next. I kept thanking her and she just was like it's okay, I just want you to get yourself together. During that time, she kept in contact with me daily. She always said you're going to be okay, you just have to be determined to do better. Anytime I called her for advice on anything, she was there. She was the only person that I trusted.

Everything she told me would happen unfolded. She met my mother my other children. At the time I was still hanging out in a particular public housing complex, and she would always come find me. She would see me walking and would give me a ride, ask if I was hungry, she has given me clothes etc. I did end up getting in some trouble and was incarcerated. She accepted my calls and regularly checked on my kids. She told me you stay positive, always encouraging me. I was gone for 9 months; on my first day out I went to a transitional house, and she came there with personal hygiene items, food, and things that I would need. Ms. Player also paid my rent until I was able to get back on my feet. She was truly a big help.

I became a part of a program called ROOTS. Ms. Player came to hear me speak at multiple engagements. She helped me to enroll in school at J. Sargent Reynold for Human Services and would pick me up from class if I needed a ride. She just was over all supportive. She also gave me the opportunity to work with her as a Peer Recovery Specialist, doing my passion and helping others. It wasn't just work because I loved what I was doing and who I became. I enjoyed just watching how she encountered people, how she helped the community, kids, elders. Even if you didn't qualify for any type of services, she would refer you to other resources that could; she would still help you with something, even if it was just a meal, personals, or a ride.

Ms. Player has become a part of my family. My mother never really trusted people, but she loved Kia. She believed in me when others didn't, and no matter how many times I told her I was going to get things in order she didn't turn her back on me when I called. I knew that if I called on her, she was going to give me good sound advice. I knew when I called her to get my son Tyler she would and would make sure he's alright. She has given me some great opportunities. Because of Ms. Player, I have spoken to Probation

EXHIBIT A _010

Officers, Fire Fighters, and Community Organizations about the importance of treatment and support for Mental Health and Substance Use Disorders. I had never worn a dress suit or a blazer until Ms. Player taught me that my appearance matters. She stood me in front of a mirror and told me how beautiful, smart, and intelligent I was with my first suit on. That was the day that I started to see myself differently. The language that I used to know changed. I learned proper etiquette and workplace decorum. I was always a person that wanted to learn new things. I have learned so much from her, sometimes I think it's just as important as what I learned in school.

On January 17, 2017, my mother passed away. Kia and her mother were the first people to arrive besides the ambulance and police. They had to go get my kids from school; my kids love her and are always happy to see her. I knew my kids would be safe, and that she would comfort and console them. When I met Kia I thought I was meeting someone that could help me with my situation. However, Kia was different, she wasn't doing a job. She was just doing what's in her heart, simply helping people get their lives in order. She doesn't care what you look like, how you smell, or where she has to go. She genuinely wants to help. I have met plenty of people before her and after her that made promises. I could not tell you where any of those people are now. I can say this about Kia, her number doesn't change and when she picks up it's always the same, "Hey Rachelle Jenkins," and I can tell she's smiling on the other end. She is someone I can count on, someone I can talk to, someone I can cry to. She is someone that I know will show up for me and my family, and the rest of the community.

Thank You,

Rachelle Jenkins
2026 Accommodation St
Richmond, VA 23223
(804) 237-9406

The Honorable John A. Gibney, Jr.
United States District Court for the Eastern District of Virginia
701 E. Broad St.
Richmond, VA 23219

February 8, 2026

Dear Judge Gibney,

My name is Anita Banian, and I have known Kia Player all her life. She is my cousin. Growing up, Kia always wanted to help people in some compacity. I was a single mother, and a teenager Kia would babysit my daughter when I had to work. It was in high school when I started to notice how great of a communicator Kia was. Even though she was the little cousin, she had a way of listening to what I was going though and was always able to make me feel better. She's been like that with a lot of our family; she can help you when you are going through something.

She definitely has a big heart. I know first-hand because when I lost my home, she gave me and my 3 children a place to stay. We were experiencing homelessness, and she opened her home to us, made sure my kids had food to eat, and even helped me to get caught up on my bills. She didn't ask for anything in return. She gave me a job working as the front desk receptionist. I saw the people coming in to seek assistance and she never turned anyone away. She made it a point to speak with each person individually provided a welcoming environment for both staff and clients.

Even as I write this letter, I am very emotional because Kia has done so much for me as well as people in the community. She provides food to people, gives them a ride in her personal vehicle, buys clothes for those in need, and is always there to offer words of encouragement. She has been a light at the end of my tunnel and I'm sure for many others. Kia has an infectious smile. and the kindest heart that you will ever meet.

Sincerely,

Anita Banian

Anita Banian
(804) 918-2323
2196 Kingsbrook Dr.
Henrico, VA 23238

February 6, 2026

The Honorable John A. Gibney, Jr.
United State District Court for the Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

Re: Kia Player

Dear Judge Gibney

I have known Kia Player for thirty-nine (39) years. From the moment I was introduced to her, I thought, *"That is an impressive young lady."* Over the years, I have witnessed her consistently support individuals facing mental health challenges, helping them navigate their daily lives with compassion and dignity.

Kia is a genuinely kind-hearted person who goes out of her way to be there for others, not only for family and friends, but for anyone in need. As the primary caregiver for my mother, Kia has repeatedly reached out to offer her support, including volunteering to sit with my mother so I could run errands or manage personal and family responsibilities without feeling rushed or overwhelmed.

When I underwent surgery, Kia checked on me regularly, made sure I had food, assisted me with bathing and mobility as I regained my strength, and ensured I followed my post-surgical care instructions from my healthcare provider.

Kia is also a true motivator. Whenever someone is feeling discouraged, she is always there to uplift them, offering encouragement, strength, and positivity. She never allows you to stay down and consistently serves as a positive influence in the lives of those around her.

Sincerely,

Sheila Garland
5513 Dendron Drive
Richmond, VA 23223

(804-402-7751)

EXHIBIT A _013

Johnathan Goode
Character Reference for Ms. Kia Player
Feb 6, 2026 at 9:54:27 PM
Johnathan Goode

The Honorable John A. Gibney, Jr.
United States District Court for the Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

Dear Judge Gibney,

My name is Rev. Johnathan Goode, and I reside at 533 Lowell Street, Henrico, Virginia 23223. I respectfully submit this letter on behalf of Ms. Kia Player.

I have been a close friend of Ms. Player's family for nearly twenty years, and throughout that time I have had the opportunity to observe her character, values, and conduct on a consistent basis. Kia has always demonstrated herself to be a respectful, compassionate, and reserved individual. She approaches others with kindness and humility and has consistently shown concern for the well-being of those around her.

Ms. Player is also ambitious and driven, with a genuine passion for helping others who are in need. She has shown a strong sense of responsibility and a desire to grow personally and contribute positively to her community. In my experience, she takes accountability seriously and strives to make thoughtful, principled decisions.

Based on my long-standing relationship with her and her family, I firmly believe that Ms. Player is a person of good moral character. I respectfully ask that the Court consider these qualities when reviewing her circumstances.

Thank you for your time and consideration.

Respectfully submitted,

Rev. Johnathan Goode
533 Lowell Street
Henrico, VA 23223

Johnathan Goode

*Johnathan J Goode* 2/6/2026

Otto Moore
12014 Serenade Court
Charlotte NC 28215
804-249-0037
Ottomoore61@gmail.com

Sunday, February 22, 2026

**Dear Judge Gibney,**

I am writing to share my experience working at the homeless shelter. My time there was meaningful and rewarding, and it allowed me to contribute positively to the community while gaining valuable insight into the challenges many individuals face.

During my service, I worked alongside staff and volunteers who were dedicated, compassionate, and committed to creating a safe and supportive environment. Everyone collaborated well as a team, and I appreciated how welcoming and respectful the atmosphere was.

I am grateful for the opportunity to assist with daily tasks, engage with residents, and support the shelter's mission. The experience taught me patience, empathy, and the importance of service to others. It also strengthened my understanding of community needs and reinforced my desire to continue giving back whenever possible.

Thank you for allowing me the chance to be involved in such important work. I value the experience and the lessons I learned, and I look forward to future opportunities to serve.

Sincerely,

*Otto Moore*

**Otto Moore**



**NEW PATHWAYS**
—YOUTH & ADULT SERVICES INC—

2807 Hull St.
Richmond, Va 23224

Dear Judge Gibney,

 My name is Maurice Morgan, CEO of New Pathways Youth Services Inc. RVA Sister's Keeper leased 2807 Hull. St for a cold weather shelter and the building was in a acceptable condition at the end of lease term.

Sincerely,
Maurice E. Morgan Jr

*Maurice E. Morgan, Jr CEO*

2/23/26

February 21, 2026

Dear Judge, Gibney,

My name is Candice Bullock, LMSW, LCSW, and I respectfully submit this letter in support of my cousin's wife, Kia Player. I have worked in the mental health field for the past ten years, serving children and families within school systems, community agencies, and private practice settings. I earned my Master of Social Work degree from Howard University and have been practicing as a Licensed Clinical Social Worker (LCSW) since 2023. My professional journey began with my very first internship opportunity under the guidance and mentorship of Kia Player in 2011. It was through her example that I first witnessed what compassionate, community-centered service truly looks like. She did not simply offer me professional experiences; she modeled integrity, empathy, and unwavering dedication to children and families.

Throughout the years, I have observed the profound impact Kia has had on our community. She has invested in the lives of children, especially those who are underprivileged and in need of advocacy, structure, and encouragement. Her work has extended beyond obligation; it has been a calling. She has mentored youth, supported families in crisis, and served as a stable, nurturing presence in environments where consistency is often lacking. In her personal life, she is equally devoted—she is a beloved daughter, a committed wife, and a caring, intentional stepmother who pours love and guidance into her home. The same compassion she offers professionally is evident in how she loves and leads her family.

On a personal level, Kia inspired my decision to enter the field of social work to serve underprivileged youth. Watching her dedication to children's emotional well-being and her commitment to strengthening families confirmed my own calling to this profession. As Scripture reminds us, "Blessed are the merciful, for they shall obtain mercy" (Matthew 5:7). She has embodied mercy through her advocacy and service to the community. I respectfully ask the Court to consider her longstanding contributions to children, families, and the broader community. I offer this letter with both professional confidence and heartfelt sincerity regarding the strength of her character.

Respectfully submitted,

*Candice Bullock*

Candice Bullock, LMSW, LCSW
Candiceb32@gmail.com

Sean Powell
Richmond, VA
Phone: 804-398-1772
Email: info@valleymelanin.com


Date: February 19, 2026


The Honorable John A. Gibney, Jr.
United States District Court for the Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Re: Kia Player**

Dear Judge Gibney,


I am writing in support of Kia Player, whom I have known for over fifteen years. During that time, I have witnessed her consistent dedication to helping individuals in our community navigate mental health challenges and overcome significant life obstacles. Kia has been a steady source of encouragement, guidance, and compassion for those in need. She has also played a meaningful role in developing my own knowledge and skills within the mental health field. Through her mentorship and example, I learned the importance of empathy, accountability, and authentic human connection when supporting others in crisis. Her influence has strengthened my ability to serve individuals with professionalism and care. Kia's character is reflected in her selflessness and commitment to uplifting others. She has helped many people regain stability, confidence, and hope during difficult seasons of their lives. Those who know her personally understand her as a trustworthy, caring, and resilient individual who consistently seeks to positively impact those around her. I respectfully offer this letter so the Court may understand the positive and lasting influence Kia Player has had on me and on members of our community.


Respectfully,

Sean Powell

2/18/2026

9351 Kempton Manor Court Unit 1219
Glen Allen, Virginia 23060
Chrisbullock1225@gmail.com
804-655-1235

February 18,2026

Dear Judge Gibney,

I am writing to you in my capacity as a mother in law to advocate for Kia Player whom I have known for fifteen years.  It is an honor to vouch for her character.

Kia Player has always displayed qualities to me and others of integrity and responsibility both as a professional and as a daughter in her personal endeavors.  To watch and listen to Kia interact with people in need of help and just for someone to hear them, is a woman of my own heart.

Kia Player has helped so many seek shelter and stability. Kia's commitment to helping others is a testament to her sense of duty and compassion towards others. I believe that Kia's conduct and character are exemplary and make them deserving of your consideration.

Please feel free to contact me at the telephone number or email address listed above should you require any further information. Thank you for your time and consideration.

Sincerely,

Chris Ella Riley

February 21, 2026

Dear Judge, Gibney,

My name is Fred Alfred Bullock Jr, and I write this letter in my capacity as both a deacon of my church and as the uncle of Edward Rhiley, on behalf of his wife, Kia Player. It has been my privilege to observe her character closely over the years. She is a woman of integrity, compassion, and deep faith. Within our family, she is cherished as a beloved daughter, a devoted wife, and a nurturing stepmother who brings stability, love, and guidance into her home. Her commitment to her family is evident in both word and action, and she places the well-being of others before herself.

Beyond her family, Kia has made a meaningful and lasting impact within our community. She has invested significantly in the lives of children, serving as a mentor, encourager, and positive role model. Her involvement, whether through church service, community outreach, or personal mentorship reflects a sincere desire to help young people grow in confidence and character. She is widely respected for her kindness, reliability, and willingness to serve without seeking recognition. I have personally witnessed the difference she has made in strengthening families and uplifting those around her.

As a man of faith, I am reminded of the words of Scripture: "Blessed are the merciful, for they shall obtain mercy" (Matthew 5:7). Kia has demonstrated mercy, grace, and humility in her life. I respectfully ask the Court to consider the positive influence she has had on her family and community when reviewing her circumstances. I offer this letter with sincerity and deep respect for these proceedings, and I remain confident in the strength of her character.

Respectfully Submitted,

Fred Bullock Jr.
fredabullockjr@gmail.com

February 10, 2026

The Honorable Judge Gibney
United States District Court for the Eastern District of Virginia
700 E. Broad St.
Richmond, VA 23219

Dear Judge Gibney,

Ms. Kia Player has been a willing and helpful friend. From the moment I met her she has always been there for me and my daughter in more ways than one. She is more than compassionate and caring, she is devoted to showing up for those in need. I love to be in her precense whenever possible because she makes you feel good. She truly cares for those that she helps and that's what really counts.

Sincerely,

Shirley Lee
(804) 573-3222
1901 Whitcomb St.
Richmond, VA 23223

Elijah Smith
2909 Sara Jean Terrace
Alexandria, VA 22303
(804) 909-5036

February 18, 2026

Dear Judge, Gibney,

I'm writing this letter in support of my stepmom, Kia Player. I've known Kia Player since 2008 when she was introduced to me as my dad's girlfriend, but over the years our relationship has grown into something much more. From the beginning, I enjoyed the time we spent together. As a kid, I was an extremely picky eater, I didn't eat cheese, onions, or much of anything outside my comfort zone. We still laugh about the times I would scrape the cheese off burgers and soak them in ketchup just to tolerate the taste. Those small memories reflect the patience and warmth she showed me early on.

As our relationship matured, Kia became much more than someone in my dad's life, she became a consistent, supportive, and guiding presence in mine. I have always viewed her as a bonus mother and parental figure. She has taken a genuine interest in my growth, whether it was conversations about school, entrepreneurship, relationships, or life decisions. She has always encouraged me to strive for excellence, pushing me not only academically but also to think bigger about my goals and personal development.

Kia is one of the most caring individuals in my life. She leads with compassion, integrity, and wisdom. She listens without judgment, gives advice with sincerity, and shows up consistently for the people she loves. I have witnessed her kindness, her strength, and her ability to pour into others even when she may have challenges of her own.

Her character is grounded in loyalty, love, and responsibility. She has been a steady influence in my life for well over a decade, and I can confidently say that she has positively shaped the man I am today. I am grateful for her guidance, her support, and her unwavering presence.

It is without hesitation that I express my full support for Kia Player. She is a woman of strong moral character, compassion, and dedication, and I stand behind her wholeheartedly.

Sincerely,

Elijah Smith

EXHIBIT A_023

2/18/26

Dear Honorable Judge Gibney,

My name is Relia Noble, and I am writing to you today to express my deep and sincere support for Ms. Kia Player. I have known Ms. Kia for six years, during which time she has served as a critical pillar of support in my life.

I first began working with Ms. Kia during the roughest period I have ever faced. At a time when I felt most vulnerable, she provided not only professional guidance but also a level of kindness and dedication that helped me navigate those challenges. Her help was instrumental in my personal growth, and I can truly say that I would not be where I am today without her consistent support over the past six years.

Ms. Kia is a person of exceptional character. She is remarkably kind, patient, and possesses a genuine desire to help others improve their lives. Beyond her work with me, I have seen the way she carries herself as a professional who is deeply rooted in our community. Her skills as a professional are a vital resource, and she provides a level of care that is rare and irreplaceable.

I am aware of the legal situation that she is currently facing. While I understand the gravity of the court's responsibility, I respectfully ask that you consider her immense vale to the community. Ms. Kia is a person who spends her life helping others heal and move forward. I believe her absence would be a significant loss to those who currently rely on her for support and their well-being. For these reasons, I humbly request that she is able to continue to serve and help others as she has helped me.

Thank you for your time and for considering my perspective on Ms. Kia's character.

Respectfully,

Relia Noble
804 688-6477
Relia Noble

(804) 688-6477

EXHIBIT A_024