

EXHIBIT B

Exhibit B_001



Exhibit B_002



Exhibit B_003



Exhibit B_004



Exhibit B_005



Exhibit B_006





Exhibit B_008



Exhibit B_009



Exhibit B_010



Exhibit B_011



Exhibit B_012



Exhibit B_013



Exhibit B_014

